BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2738

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         ) No. 2:02-cr-00404-MCE
                                  )
         Plaintiff,               )
                                  ) **ORDER**
    v.                            ) **TO DISMISS INDICTMENT**
                                  ) **AND UNSEAL CASE**
TIGRAN SVADJIAN,                  )
                                  )
         Defendant.               )
_____)

**ORDER**

The government's motion to dismiss the Indictment against Defendant TIGRAN SVADJIAN and to unseal this case is GRANTED.

DATED: January 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

1